UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY J. STRAYER, and<br>KELLEY KINGSTON STRAYER,<br><br>       Plaintiffs,<br><br>       v.<br><br>DEARBORN COUNTY SHERIFF,<br>OFFICER JOHN LANTER,<br>OFFICER JASON TURNER,<br>CORPORAL JERRY KINNETT,<br>SERGEANT ROD McGWEN,<br>CAPTAIN DAVID HALL,<br>OFFICER GUY,<br>OFFICER VICTOR FAY,<br>DR. NADIR AL-SHAMI,<br>DR. RONALD DAVIS, and<br>ADVANCED CORRECTIONAL<br>HEALTHCARE, INC.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 4:12-CV-0098 RLY-WGH |

**PRELIMINARY EXHIBIT LIST OF THE DEARBORN COUNTY SHERIFF**

   Comes now Defendants, Dearborn County Sheriff, and Defendant Officers Lanter, Turner, Kinnett, McGwen, Hall, Guy, Fay, by counsel and pursuant to the Court's Case Management Plan hereby submits their Preliminary Exhibit List as follows:

  1. Plaintiff's Timothy Strayer's prison records from the Dearborn County Jail.

  2. Plaintiff Timothy Strayer's medical records at the Dearborn County Hospital.

  3. Plaintiff Timothy Strayer's medical records while treated before or after the incident described in the complaint which have been identified in discovery.

  4. The depositions and exhibits of plaintiff, Kelly Kingston Strayer and Timothy Strayer.

  5. Any exhibits listed on the Exhibit List of the plaintiff or the other defendants in this case.

6. Any exhibit necessary for rebuttal.

7. Discovery is continuing and defendants reserve the right to add additional documents as they are discovered.

Respectfully submitted,

/s/Kenneth Collier-Magar
Kenneth Collier-Magar,
*Attorney for Defendants, Dearborn County Sheriff, Officer John Lanter, Officer Jason Turner, Corporal Jerry Kinnett, Sergeant Rod McGwen, Captain David Hall, Officer Guy, and Officer Victory Fay*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 19, 2013, the forgoing was electronically filed with the Clerk of the Court using the CM/EFC system which sent notification of such filing to the following:

  Andrew P. Wirick, Esq. (awirick@humesmith.com)
  HUME SMITH GEDDES GREEN & SIMMONS, LLP
  54 Monument Circle, 4th Floor
  Indianapolis, Indiana 46204

  Carol A. Dillon, Esq. (carold@bleekedillioncrandall.com)
  BLEEKE DILLON CRANDALL, P.C.
  8470 Allison pointe Boulevard, Ste. 420
  Indianapolis, IN 46250

  Rachel A. East, Esq. (rachel@bleekedilloncrandall.com)
  BLEEKE DILLON CRANDALL, P.C.
  8470 Allison pointe Boulevard, Ste. 420
  Indianapolis, IN 46250

  James F. Bleeke, Esq. (jim@bleekedilloncrandall.com)
  BLEEKE DILLON CRANDALL, P.C.
  8470 Allison pointe Boulevard, Ste. 420
  Indianapolis, IN 46250

              */s/Kenneth Collier-Magar*
              Kenneth Collier-Magar
              *Attorney for Defendants*

LAW OFFICES OF COLLIER-MAGAR, P.C.
211 South Ritter Avenue, Suite C
Indianapolis, Indiana  46219
Phone:  (317) 261-1885
Fax:  (317) 261-1887
E-mail:  kenneth@cmrlawfirm.com