UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and <br> KELLY KINGSTON STRAYER, <br><br> Plaintiffs, <br><br> v. <br><br> DEARBORN COUNTY SHERIFF, <br> OFFICER JOHN LANTER, <br> OFFICER JASON TURNER, <br> CORPORAL JERRY KINNETT, <br> SERGEANT ROD MCGWEN, <br> CAPTAIN DAVID HALL, <br> OFFICER GUY, OFFICER VICTOR FAY, <br> ADVANCED CORRECTIONAL HEALTHCARE, <br> INC., DR. NADIR AL-SHAMI, and DR. <br> RONALD DAVIS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number 4:12-cv-0098-RLY-WGH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO AMEND CASE MANAGEMENT PLAN

Plaintiffs and Defendants, by their respective counsel, for their Joint Motion to Amend Case Management Plan, state the following:

1. Counsel for Plaintiff and counsel for all Defendants have discussed this matter and are in agreement that some of the Case Management Deadlines should be amended to allow for the most reasonable and cost-effective flow of this litigation.

2. Under the current Case Management Plan, this case is set for a settlement conference on January 3, 2014. Dispositive motions are due by February 18, 2014; Plaintiffs' expert disclosures are due by March 20, 2014; and Defendants' expert disclosures are due by May 20, 2014.

3. All parties are in agreement that it would be futile to have a settlement conference prior to the dispositive motion deadline and prior to the parties disclosing their experts. All parties also agree that discovery is progressing, but that there is still much discovery to be done.

4. All parties therefore propose the following changes to the Case Management Plan:

- Fact witness discovery to be completed by February 1, 2014;
- Plaintiff's expert disclosures due by April 20, 2014;
- Defendants' expert disclosures due by June 20, 2014;
- Dispositive motions to be filed by August 20, 2014;
- Experts to be disclosed by August 20, 2014 if to be used in summary judgment;
- Settlement conference in September, 2014.

5. This Motion is not made to cause undue delay or prejudice to any party, but to give all parties the proper amount of time to determine whether this case should be settled or should be tried.

WHEREFORE, all parties respectfully request that the Court grant the Motion to Amend the Case Management Plan, or in the alternative, conduct a telephonic status conference to discuss alternative dates.

Respectfully submitted,

s/Carol A. Dillon
Carol A. Dillon, #25549-49
Attorney for Defendants Advanced Correctional Healthcare, Inc., Dr. Al-Shami, and Dr. Davis
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
(317) 567-2222
Fax: (317) 567-2220

carol@bleekedilloncrandall.com

_/s/ Andrew Wirick_____
Andrew P. Wirick
Attorney for Plaintiff
Hume, Smith, Geddes, Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, IN  46204
awirick@humesmith.com

/s/ Kenneth Collier-Magar_____
Kenneth Collier-Magar
Attorney for Dearborn County Sheriff, Jason Turner, Jerry Kinnett, Rod McGwen, David Hall, Officer Guy, and Victor Fay
LAW OFFICES OF COLLIER-MAGAR, P.C.
211 South Ritter Avenue, Suite C
Indianapolis, IN  46219
kenneth@cmrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Attorney for Plaintiff*
Andrew P. Wirick
Hume, Smith, Geddes, Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, IN  46204
awirick@humesmith.com


Kenneth Collier-Magar
LAW OFFICES OF COLLIER-MAGAR, P.C.
211 South Ritter Avenue, Suite C
Indianapolis, IN  46219
kenneth@cmrlawfirm.com

/s/Carol A. Dillon_____