UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and<br>KELLY KINGSTON STRAYER, | )<br>) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case Number 4:12-cv-0098-RLY-WGH |
| | ) |
| DEARBORN COUNTY SHERIFF,<br>OFFICER JOHN LANTER,<br>OFFICER JASON TURNER,<br>CORPORAL JERRY KINNETT,<br>SERGEANT ROD MCGWEN,<br>CAPTAIN DAVID HALL,<br>OFFICER GUY, OFFICER VICTOR FAY,<br>ADVANCED CORRECTIONAL HEALTHCARE,<br>INC., DR. NADIR AL-SHAMI, and DR.<br>RONALD DAVIS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT PLAN

Plaintiffs and Defendants, by their respective counsel, having filed their Joint Motion to Amend Case Management Plan, and the Court having examined this Motion and being duly advised now grants said Motion.

IT IS THEREFORE ORDERED, that the Case Management Plan, is amended to reflect the following:

- Fact witness discovery to be completed by February 1, 2014;

- Plaintiff's expert disclosures due by April 20, 2014;

- Defendants' expert disclosures due by June 20, 2014;

- Dispositive motions to be filed by August 20, 2014;

- Experts to be disclosed by August 20, 2014 if to be used in summary judgment.

Dated: _____               _____
                                     Judge, United States District Court,
                                     Southern District of Indiana

Distribution to:

Carol A. Dillon, #25549-49
Rachel A. East, #28235-49
Bleeke Dillon Crandall, P.C.
jim@bleekedilloncrandall.com
carol@bleekedilloncrandall.com
rachel@bleekedilloncrandall.com

Andrew P. Wirick
Hume, Smith, Geddes, Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, IN  46204
awirick@humesmith.com

Kenneth Collier-Magar
LAW OFFICES OF COLLIER-MAGAR, P.C.
211 South Ritter Avenue, Suite C
Indianapolis, IN  46219
kenneth@cmrlawfirm.com