UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and ) | |
| KELLY KINGSTON STRAYER, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case Number 4:12-cv-0098-RLY-WGH |
| ) | |
| DEARBORN COUNTY SHERIFF, ) | |
| OFFICER JOHN LANTER, ) | |
| OFFICER JASON TURNER, ) | |
| CORPORAL JERRY KINNETT, ) | |
| SERGEANT ROD MCGWEN, ) | |
| CAPTAIN DAVID HALL, ) | |
| OFFICER GUY, OFFICER VICTOR FAY, ) | |
| ADVANCED CORRECTIONAL HEALTHCARE, ) | |
| INC., DR. NADIR AL-SHAMI, and DR. ) | |
| RONALD DAVIS, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL AS TO DR. NADIR AL-SHAMI, ONLY, WITH PREJUDICE**

The Court finds that a Stipulation of Dismissal has been entered into between Plaintiffs, Timothy Strayer and Kelly Strayer, by counsel, and Defendant, Dr. Nadir Al-Shami. This Stipulation of Dismissal With Prejudice has been filed with the Clerk of the Court and provides for dismissal with prejudice of this action as to the Plaintiffs, with respect to Defendant, Dr. Nadir Al-Shami, in accordance with Rule 41 of the Indiana Rules of Trial Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is dismissed with prejudice as to the Plaintiff, with respect to Defendant Dr. Nadir Al-Shami, each party to bear their own costs.

Dated:   11/05/2014

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

Carol A. Dillon
Bleeke Dillon Crandall, P.C.
carol@bleekedilloncrandall.com

Andrew P. Wirick
Hume, Smith, Geddes, Green & Simmons, LLP
awirick@humesmith.com

Kenneth Collier-Magar
LAW OFFICES OF COLLIER-MAGAR, P.C.
kenneth@cmrlawfirm.com