UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and<br>KELLY KINGSTON STRAYER,<br><br>Plaintiffs,<br>v.<br><br>DEARBORN COUNTY SHERIFF,<br>OFFICER JOHN LANTER,<br>OFFICER JASON TURNER,<br>CORPORAL JERRY KINNETT,<br>SERGEANT ROD MCGWEN,<br>CAPTAIN DAVID HALL,<br>OFFICER GUY, OFFICER VICTOR FAY,<br>ADVANCED CORRECTIONAL HEALTHCARE,<br>INC., and DR. RONALD DAVIS,<br><br>Defendants. | Case Number 4:12-cv-0098-RLY-WGH |

**ORDER OF DISMISSAL AS TO PLAINTIFFS' FEDERAL CLAIMS AGAINST ADVANCED CORRECTIONAL HEALTHCARE AND DR. RONALD DAVIS**

The Court finds that a Stipulation of Dismissal has been entered into between Plaintiffs, Timothy Strayer and Kelly Strayer, by counsel, and Defendant, Advanced Correctional Healthcare and Dr. Ronald Davis. This Stipulation of Dismissal With Prejudice has been filed with the Clerk of the Court and provides for dismissal with prejudice of Plaintiffs' federal claims of deliberate indifference to a serious medical need, brought under 42 U.S.C. Section 1983 and the 8th Amendment as detailed in paragraphs 52-54 of Plaintiffs' Second Amended Complaint, against Advanced Correctional Healthcare, Inc. and Dr. Ronald Davis.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' federal claims against ACH and Dr. Davis are dismissed with prejudice, each party to bear their own costs.

Plaintiffs' state law claims against Advanced Correctional Healthcare, Inc. and Dr. Davis shall remain pending.

Dated:   1/13/2015

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

Carol A. Dillon
Bleeke Dillon Crandall, P.C.
carol@bleekedilloncrandall.com

Andrew P. Wirick
Hume, Smith, Geddes, Green & Simmons, LLP
awirick@humesmith.com

Kenneth Collier-Magar
LAW OFFICES OF COLLIER-MAGAR, P.C.
kenneth@cmrlawfirm.com