UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and<br>KELLEY KINGSTON STRAYER,<br><br>               Plaintiffs,<br><br>               v.<br><br>DEARBORN COUNTY SHERIFF,<br>OFFICER JOHN LANTER,<br>OFFICER JASON TURNER,<br>CORPORAL JERRY KINNETT,<br>SERGEANT ROD MCGWEN,<br>CAPTAIN DAVID HALL,<br>OFFICER GUY, OFFICER<br>VICTOR FAY, ADVANCE<br>CORRECTIONAL<br>HEALTHCARE, INC., DR. RONALD<br>DAVIS,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  4:12-cv-98-RLY-WGH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MAGISTRATE JUDGE'S ORDER ON
SETTLEMENT CONFERENCE**

This matter was scheduled for a settlement conference before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, in New Albany, Indiana, at 10:00 a.m., on January 6, 2015. Plaintiffs appeared by telephone and by counsel. Counsel for Defendants Advance Correctional Healthcare, Inc., and Dr. Ronald Davis, became ill and was unable to attend the conference. Counsel for the remaining defendants, Kenneth Anthony Collier-Magar, was injured and was also unable to attend the conference.

The Magistrate Judge conducted private caucusing. Thereupon the following **ORDER** is entered:

The Magistrate believes that the nature of this case in which Mr. Strayer has incurred in excess of $500,000 in medical specials and spent 196 days in the hospital merits personal attendance at a settlement conference by all necessary parties. Therefore, all parties and their counsel are ordered to appear for a rescheduled **SETTLEMENT CONFERENCE** in Room 228, U.S. Courthouse, New Albany, Indiana, on **TUESDAY, MARCH 17, 2015**, at 1:30 p.m., New Albany time (EDT).

**SO ORDERED.**

**Dated:** January 15, 2015

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Served electronically on all ECF-registered counsel of record.**