UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and ) | |
| KELLEY KINGSTON STRAYER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 4:12-cv-98-RLY-WGH |
| ) | |
| DEARBORN COUNTY SHERIFF, ) | |
| OFFICER JASON TURNER, ) | |
| ADVANCE CORRECTIONAL ) | |
| HEALTHCARE, INC., and DR. ) | |
| RONALD DAVIS, ) | |
| ) | |
| Defendants. ) | |

## MAGISTRATE JUDGE'S ORDER ON
## SETTLEMENT CONFERENCE

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, in New Albany, Indiana, at 1:30 p.m., on March 17, 2015. The parties were present and represented by counsel.

Thereupon the following **ORDERS** are entered:

1. Plaintiff and Defendants Advance Correctional Healthcare, Inc., and Dr. Ronald Davis have resolved their claims, and stipulations of dismissal of those claims will follow.

2. This case remains set for trial on the claims against Defendants Dearborn County Sheriff and Officer Jason Turner on May 11, 2015.

3. This matter is set for a **TELEPHONIC FINAL PRETRIAL CONFERENCE** before Chief Judge Richard L. Young on **MONDAY, APRIL 20,**

**2015**, at 11:00 a.m., New Albany time (EDT).  **The information needed to participate in this telephonic conference will be provided by a separate notification.**

  4.  A **TELEPHONIC STATUS CONFERENCE** is set for **WEDNESDAY, APRIL 8, 2015,** at 11:30 a.m., New Albany time (EDT), before the Magistrate Judge.  **The information needed to participate in this telephonic conference will be provided by a separate notification.**

  This order has been formulated after a conference at which the respective parties have appeared.  Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

  **SO ORDERED.**

**Dated:**  March 26, 2015

             _____
             WILLIAM G. HUSSMANN, JR.
             Magistrate Judge

**Served electronically on all ECF-registered counsel of record.**