UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and KELLEY KINGSTON STRAYER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CAUSE NO.: 4:12-CV-0098-RLY-WGH |
| DEARBORN COUNTY SHERIFF, OFFICER JOHN LANTER, OFFICER JASON TURNER, CORPORAL JERRY KINNETT, SERGEANT ROD MCGWEN, CAPTAIN DAVID HALL, OFFICER GUY, OFFICER VICTOR FAY, ADVANCE CORRECTIONAL HEALTHCARE, INC., DR. NADIR AL-SHAMI, and DR. RONALD DAVIS, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL WITNESS LIST**

Comes now the Plaintiffs Timothy P. Strayer and Kelley Kingston Strayer, by counsel, and pursuant to this Court's case management plan, hereby submit their final witness list as follows:

1. Timothy P. Strayer

2. Kelley Kingston Strayer

3. Officer John Lanter

4. Officer Jason Turner

5. Corporal Jerry Kinnett

6. Sergeant Rod McGwen

7. Captain David Hall

8. Officer Guy

9. Officer Victor Fay

10. Dr. Nadir Al-Shami, c/o Advance Correctional Healthcare, Peoria, Illinois

11. Dr. Ronald Davis, c/o Advance Correctional Healthcare, Peoria, Illinois

12. Bill Ewbank, Dearborn County Coordinator

13. Sheriff Michael Kreinhop

14. Kelley Hogg, RMA

15. J. Michael Strayer, 1317 Duncan Avenue, Cincinnati, Ohio 45208

16. Alex Tandy, Attorney at Law

17. Robert Swing

18. Robert Swing, Jr.

19. Keeper of the Records, Dearborn County Hospital

20. Keeper of the Records, University of Cincinnati Hospital

21. Keeper of the Records, Drake Hospital

22. Keeper of the Records, Salem Woods Rehabilitation Center

23. Keeper of the Records, Plano Medical Center

24. Dr. Barbara Miarrs, 5339 Alpha Road, Suite 425, Dallas, Texas 75240

25. Dr. Alan A. London, M.D., 4001 W. 15th Street, Suite 180, Plano, Texas 75093

26. Dr. Gregory Jones, M.D., Medical Center of Plano, 4001 W. 15th Street, Suite 210, Plano, Texas 75093

27. All of Plaintiff Timothy Strayer's medical care providers

28. All individuals incarcerated in the Dearborn County Jail during the time of Plaintiff Timothy P. Strayer's incarceration in the Dearborn County Jail.

29. All guards working in the Dearborn County Jail during the period of incarceration of Plaintiff Timothy P. Strayer.

30. All visitors at the Dearborn County Jail during the period of incarceration of Plaintiff Timothy P. Strayer.

31. Co-workers and supervisors of Plaintiff Timothy P. Strayer

32. All witnesses listed on any witness list of any Defendant in this case.

33. Any and all witnesses identified through discovery.

34. Any and all witnesses identified in any deposition.

35. As discovery is continuing, Plaintiffs reserve the right to add additional witnesses as they are discovered.

36. Ron Smith

37. Joseph McCalds, 72 Fieldcrest Dr., Franklin, OH 45005

38. Tom Powell, Cleves. OH

39. Bob Powell, Lawrenceburg, IN

40. Adam Ryan

41. Dan Brewington

42. Dr. Richard Cardozi, 600 Wilson Creek, Lawrenceburg, IN

43. Dr. Mark McAndrew, 368 Bielby Rd., Suite 100, Lawrenceburg, IN 47025

44. Dr. Lynn Eiler, Dearborn County Hospital

45. Dr. Gregory Famiglio, MD., MBA, ABAM, 1101 East 3rd Street, Williamsport, PA 17701.

46. Dr. Norman Johnson.

>Respectfully submitted,
>
>HUME SMITH GEDDES GREEN & SIMMONS, LLP
>
>*/s/ Andrew P. Wirick*
>Andrew P. Wirick, #11362-49
>54 Monument Circle, 4th Floor
>Indianapolis, IN 46204
>PH: (317) 632-4402   FAX: (317) 632-5595
>awirick@humesmith.com
>*Attorney for Plaintiff Timothy Strayer and Kelley Kingston Strayer*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kenneth Collier-Magar
LAW OFFICES OF COLLIER-MAGAR, P.C.
211 South Ritter Avenue, Suite C
Indianapolis, IN 46219
kenneth@cmrlawfirm.com

James F. Bleeke
Carol A. Dillon
Rachel A. East
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4365
jim@bleekedilloncrandall.com
carol@bleekedilloncrandall.com
rachel@bleekedilloncrandall.com

>*/s/ Andrew P. Wirick*
>Andrew P. Wirick