UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and<br>KELLY KINGSTON STRAYER,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEARBORN COUNTY SHERIFF,<br>OFFICER JOHN LANTER,<br>OFFICER JASON TURNER,<br>CORPORAL JERRY KINNETT,<br>SERGEANT ROD MCGWEN,<br>CAPTAIN DAVID HALL,<br>OFFICER GUY, OFFICER VICTOR FAY,<br>ADVANCED CORRECTIONAL HEALTHCARE,<br>INC., and DR. RONALD DAVIS,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number 4:12-cv-0098-RLY-WGH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL AS TO ACH AND DR. RONALD DAVIS**

The Court finds that a Stipulation of Dismissal has been entered into between Plaintiffs and Defendants Advanced Correctional Healthcare and Dr. Ronald Davis. This Stipulation of Dismissal with Prejudice has been filed with the Court and provides for dismissal with prejudice of this action as to the Plaintiff, with respect to Defendants, Advanced Correctional Healthcare and Dr. Ronald Davis.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is dismissed with prejudice as to the Plaintiffs, with respect to Defendants, Advanced Correctional Healthcare and Dr. Ronald Davis, each party to bear their own costs.

**SO ORDERED** this 13th day of May 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to
Registered Counsel of Record