UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY P. STRAYER, and ) | |
| KELLEY KINGSTON STRAYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 4:12-CV-0098-RLY-WGH |
| ) | |
| DEARBORN COUNTY SHERIFF, ) | |
| OFFICER JASON TURNER, ) | |
| ) | |
| Defendants. ) | |

**DESIGNATION AND SUBMISSION OF EVIDENCE ON OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiffs Timothy Strayer and Kelly Kingston Strayer, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, hereby introduces the following evidence in opposition to Defendants' Motion for Summary Judgment:

1. Plaintiff's Second Amended Complaint (already in record);

2. Excerpts of first deposition of Timothy Strayer (attached herewith as "Exhibit 1");

3. Excerpts of second deposition of Timothy Strayer (attached herewith as "Exhibit 2");

4. Excerpts of deposition of Kelly Kingston Strayer (attached herewith as "Exhibit 3");

5. Affidavit of Kelly Kingston Strayer (attached herewith as "Exhibit 4");

6. Affidavits of Timothy P. Strayer (attached herewith as "Exhibit 5");

7. Affidavit of Dan Brewington (attached herewith as "Exhibit 6");

8. Photographs of Timothy J. Strayer (attached herewith as "Exhibit 7");

9. Dearborn County Hospital Records (attached herewith as "Exhibit 8");

10. Excerpts of deposition of Joseph Michael Strayer, with certain Exhibits (attached herewith as "Exhibit 9");

11. Jail records (attached herewith as "Exhibit 10");

12. Excerpts of deposition of Sheriff Michael Kreinhop (attached herewith as "Exhibit 11");

13. Excerpts of deposition of Kelly Hogg (attached herewith as "Exhibit 12");

14. Excerpts of deposition of Jason Turner (attached herewith as "Exhibit 13");

15. CV of Dr. Gregory Famiglio, MD, (attached herewith as "Exhibit 14");

16. Excerpts of deposition of Dr. Gregory Famiglio, MD, with certain exhibits (attached herewith as "Exhibit 15");

17. Excerpts of deposition of Lynn Eugene Eiler, M.D. (attached herewith as "Exhibit16");

18. Excerpt of deposition of Dr. Ronald Davis, MD, with certain exhibits (attached herewith as "Exhibit 17");

19. Affidavit of Dr. Jeff Angobaldo (attached herewith as "Exhibit 18");

20. Excerpts of deposition of Mark Richard McAndrew M.D. (attached herewith as "Exhibit 19");

21. Definition of Perforated Ulcer ("attached herewith as "Exhibit 20");

22. Affidavit of James Litton ("attached herewith as "Exhibit 21");

WHEREFORE, Plaintiffs Timothy Strayer and Kelly Kingston Strayer, by counsel, respectfully requests that this Court deny Defendants' Motion for Summary Judgment, and for all other just and proper relief.

        Respectfully submitted,

        HUME SMITH GEDDES GREEN & SIMMONS, LLP


        */s/ Andrew P. Wirick*
        Andrew P. Wirick, #11362-49
        54 Monument Circle, 4th Floor
        Indianapolis, IN  46204
        PH: (317) 632-4402     FAX: (317) 632-5595
        awirick@humesmith.com
        *Attorney for Plaintiff Timothy Strayer and Kelley Kingston Strayer*


## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kenneth Collier-Magar
LAW OFFICES OF COLLIER-MAGAR, P.C.
211 South Ritter Avenue, Suite C
Indianapolis, IN  46219
kenneth@cmrlawfirm.com

James F. Bleeke
Carol A. Dillon
Rachel A. East
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN  46250-4365
jim@bleekedilloncrandall.com
carol@bleekedilloncrandall.com
rachel@bleekedilloncrandall.com


        */s/ Andrew P. Wirick*
        Andrew P. Wirick