UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY J. STRAYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEARBORN COUNTY SHERIFF )<br>)<br>Defendant. )<br>)<br>) | CASE NO. 4:12-CV-0098 RLY-TAB |

**ORDER GRANTING MOTION TO SEAL CERTAIN EXHIBITS TO DOCUMENT #155**

Comes now Court upon the motion of the Defendant to seal Exhibit 2 pages 27, 28 and Exhibit 3 page 5. The Court being duly advised, hereby GRANTS said motion.

SO ORDERED.

_11/07/2016_____
Date

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Andrew P. Wirick, Esq. awirick@humesmith.com
HUME SMITH GEDDES GREEN & SIMMONS, LLP

Kenneth Collier-Magar, Esq. kenneth@cmrlawfirm.com
LAW OFFICES OF COLLIER-MAGAR, P.C.