UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KELLEY KINGSTON STRAYER and TIMOTHY P. STRAYER, <br><br> Plaintiffs, <br><br> vs. <br><br> DEARBORN COUNTY SHERIFF, <br><br> Defendant. | No. 4:12-cv-00098-RLY-TAB |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

SO ORDERED: 1/20/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.