UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY J. STRAYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:12-CV-0098 RLY-TAB |
| DEARBORN COUNTY SHERIFF ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

    Comes now the parties by their respective counsels and hereby stipulate to the dismissal of this cause of action with prejudice.

Respectfully submitted,

*/s/Christopher Cody*     (with permission)
Christopher Cody
*Attorney for Plaintiff, Timothy Strayer*


*/s/Kenneth Collier-Magar*
Kenneth Collier-Magar
*Attorney for Defendant, Dearborn County Sheriff*