UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TIMOTHY J. STRAYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEARBORN COUNTY SHERIFF )<br>)<br>Defendant. )<br>)<br>) | CASE NO. 4:12-CV-0098 RLY-TAB |

**ORDER OF DISMISSAL WITH PREJUDICE**

Comes now the parties by counsel having filed a Stipulation to Dismiss with Prejudice and the Court being duly advised, hereby orders this cause of action dismissed with prejudice.

SO ORDERED.

_____     _____
Date                                                                 Judge, United States District Court


Distribution to:

Christopher Cody, Esq.
ccody@humesmith.com
HUME SMITH GEDDES GREEN
& SIMMONS, LLP

Kenneth Collier-Magar, Esq.
kenneth@cmrlawfirm.com
LAW OFFICES OF COLLIER-
MAGAR, P.C.