UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TIMOTHY J. STRAYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:12-CV-0098 RLY-TAB |
| DEARBORN COUNTY SHERIFF | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Comes now the parties by counsel having filed a Stipulation to Dismiss with Prejudice and the Court being duly advised, hereby orders this cause of action dismissed with prejudice.

SO ORDERED.

_____2/03/2017_____
Date

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Christopher Cody, Esq.
ccody@humesmith.com
HUME SMITH GEDDES GREEN
& SIMMONS, LLP

Kenneth Collier-Magar, Esq.
kenneth@cmrlawfirm.com
LAW OFFICES OF COLLIER-
MAGAR, P.C.