United States District Court
Southern District of Indiana
Evansville Division

To: Clerk of Courts

From: Brandon Mockbee 262691 #

Re: Timothy Strayer 4:12-CV-00098-RLY-WGH
Civil case
V.
Dearborn County Sheriff

FILED
APR 16 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

1) I'm Requesting the Disposition of the trial of this case and any settlement that was found.

2) I would like to no also the Discovery Records, protocols, policys and procedure that was provided as public Record In this case Pictures, Affidavits, any Discovery that is not Protected and Able to Be Deiwed and please In a Response or Reply could you tell me how many pages and is it .05 cents a page or .10 cents a page and how long it would take to Receive a Copy.

3) Do you have any other cases that Advanced Correctional Healthcare has been Involved Before this court or any other District and can you provide a list of case numbers.

4) Can you provide a appeal packet with civil sheet, Blank motion, Motion for Injunction or a sample form, with a form of paperos.

Respectfully Submitted
Brandon Mockbee #262691
B-204 Rm
Wabash Corr Healthcare Facility
P.O. Box 1111 Carlisle, In, 47838