Brandon Mackbee
B-704   #262691
W.V.C.F.
P.O. Box 1111
Carlisle, In, 47838

RECEIVED
APR 16 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

LEGAL MAIL
Mailed April 9 2020

Clerk of The Courts
United States District Court
Southern District of Evansville In
101 New Martin Luther King Jr Blv
RM 310 Fed Bldg
Evansville, In, 47708