United States District Court
Southern District of Indiana
Evansville Division

To: Clerk of Courts

From: Brandon Mockbee 262691 #

RE: Timothy Strayer 4:12-cv-00098-RLY-WGH
Civil Case
V.
Dearborn County Sheriff

Motion denied.  Case is resolved and has been dismissed.
Tim A. Baker
U.S. Magistrate Judge
June 25, 2020
Distribution to all counsel of record via ECF and to the following via
U.S. Mail:  Brandon Mockbee, #262691, B-704, Wabash Valley
Correctional Facility, P.O. Box 111, Carlisle, IN 47838

FILED

APR 16 2020

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

1) I'm Requesting the Disposition of the trial of this case
And any settlement that was found.

2) I would like to no Also the Discovery Records, protocals, policys
and procedure that was provided As public Record In this case
Pictures, Affidavits, any Discovery that is not Protected And Able
to Be Deiwed And please In a Response OR Reply could you tell me
how many pages and is it .05 cents a page OR .10 cents a page
and how long it would take to Receive A Copy.

3) Do you have any other clases that Advanced Correctional Healthcare
has been Involved Before this court OR Any other District and can
you provide a list of case Numbers.

4) Can you provide A Appeal packet
with civil sheet, Blank motion, Motion
For Injunction or A Sample form, with
A Form of Paperos.

Respectfully Submitted

Brandon Mockbee #262691
B-704 Rm
Walbash Corr Healthcare facility
P.O. Box 111 Carlisle, IN, 47838